

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/27/2015 9:36:42 AM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-15-00124-CR**

Trial Court Style: **State v. Hector Ramirez**

Trial Court No.: **2013CR2894**

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: **February 3, 2015**

The record was originally due: **April 6, 2015**

I anticipate the length of the record to be: **15 pgs.**

I am unable to file the record by the date such record is due because [check one]:

[x] the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ] my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

[x] Other. Explain [attach additional pages if needed]: **No Designation of the Record**

**has been received. Appellant has this day contacted me regarding payment arrangements.**

I anticipate the record will be completed by: **within 5 days of payment being received.**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: **4/27/15**

Signature: *Lisa J. Ramos*

Printed Name: **Lisa J. Ramos**

Title: **Official Court Reporter, 227th District Court**

Rev. 1.8.14